UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00141 |
| | ) | JUDGE CAMPBELL |
| RORY LAMONT GILMER, II, et al. | ) | |

ORDER

Pending before the Court is a Motion for Extension of Time to Submit Any Proposed

Plea Agreements or Proposed Jury Instructions (Docket No. 93). The Motion is GRANTED.

Any proposed plea agreement or jury instructions are due by July 20, 2012.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE