UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:10-00141 |
| | ) | JUDGE CAMPBELL |
| RORY LAMONT GILMER, II | ) | |

## ORDER

Pending before the Court is Defendant Deaunte Carter's Motion to Continue Trial (Docket No. 96). This is the sixth Motion to Continue in this case.

All Defendants shall attend the pretrial conference scheduled July 23, 2012, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE