UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00141 |
| | ) | JUDGE CAMPBELL |
| RORY GILMER | ) | |

ORDER

Pending before the Court is Defendant's Motion To Allow Defendant Access To Apple IPOD For Discovery Review (Docket No. 118). Through the Motion, the Defendant requests that the Court enter an order allowing him to have access to an Apple IPOD device to review the electronic discovery in this case.

The decision as to the type of electronic devices to allow in a detention facility is for the facility, not the Court. Having said that, the Court has no objection to the Defendant's request so long as the facility permits it.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE